IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK STEVENS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 09-3930 |
| | : | |
| JEFFREY A. BEARD, et al. | : | |
| Secretary of the Pennsylvania Department | : | |
| of Corrections | : | |

**<u>ORDER</u>**

AND NOW, this 5th day of January, 2012, upon careful and independent consideration of Petitioner Derrick Stevens's pro se petition for the issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, and Stevens's objections thereto, it is ORDERED:

- Stevens's objections to the Report and Recommendation are OVERRULED;

- The Report and Recommendation is APPROVED and ADOPTED;

- The petition for a writ of habeas corpus is DENIED and DISMISSED; and

- There is no probable cause to issue a certificate of appealability.

The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.